PER CURIAM.
Affirmed. See Johnson v. State, 60 So.3d 1045 (Fla.2011); Moore v. State, 882 So.2d 977 (Fla.2004); Lee v. State, 679 So.2d 1158 (Fla.1996); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Guilford v. State, 88 So.3d 998 (Fla. 2d DCA 2012); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Coughlin v. State, 932 So.2d 1224 (Fla. 2d DCA 2006) (en banc); Carpenter v. State, 884 So.2d 385 (Fla. 2d DCA 2004); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Boyd v. State, 880 So.2d 726 (Fla. 2d DCA 2004); Reed v. State, 761 So.2d 1241 (Fla. 2d DCA 2000); Paris v. State, 156 So.3d 578 (Fla. 3d DCA 2015); Williams v. State, 907 So.2d 1224 (Fla. 5th DCA 2005); Pruitt v. State, 801 So.2d 143 (Fla. 4th DCA 2001).
LaROSE, SLEET, and LUCAS, JJ., Concur.